IN THE UNITES STATES DISRCT COURT EASTERN DISTIRCT OF VIRGINA

Angela Nails,
    Plaintiff,
Vs.　　　　　　　　　　　　　　　　　　　　Case Number 1:15-cv-873
American Airlines,
    Defendant,

### COMPLAINT

The month of February 2015 I set aside a date to fly to Washington D.C. and to book a return flight for the same day. The return flight was several hours later after arriving at the Air port in Virginia. The flight was to leave at 2:00 p.m. After arriving at the air port there was a stop in the middle of the run way and the air plane was moved to holding spot until a space was open for the air plane to attach the door to the inside of the airport open bay for passengers to leave form the airplane into the open bay lobby. I made the reservations to fly into Washington, D.C. because I wanted to spend several hours at my father grave site. I was not able to do so because of the costly delay for more than 45 minutes wait for a space to open for the airplane to attach to the open bay for passage to get off of the airplane.

    I was only allowed to spend 15 minutes time at the grave site. I paid cab fare to the Arlington Cemetery round trip. Catching a Bus would have been so much less costly to me. After the experience I reported my feelings to the American Airlines operation supervisor. The position she took there would be no refund and she was very sorry for the delay and I was not able to spend the time I required in the City. Later I reported her and made a complaint to the disputes and complaint department of American Airlines.

    I receive an answer from the disputes and complaints department of American Airlines that was not a different answer from the operation supervisor answer there would be no refund and that American Airlines would do better.

## PLAINTIFF DAMAGES

I was damage because I made time to pay a business to complete a service. And the business did not provide the service completely. The time I needed for the service I paid the business to deliver a service for my money was never provided to me. The service was not provided from completing the service because of an act of GOD but because the service did not try to find another resource or position to offer the passengers a way to be remove from the airplane. One way passage could have been help and this occurrence could have been stop from occurring was to provide the steps that rolled to the airplane door and passage could have been allowed to remove them from the airplane.

This did not happen. Even though the pilot ask for support in getting the passage off of the airplane. I suffer a tremendous shame that I was not allowed to visit the grave site as long as I had plan. The opportunity will not ever come my way again because I am on a limited income. I am getting older. The time I booked my flight was the only time I had. I had been planning the trip for more than five years.

And I was happy when I was able to have the time and money to go visit the grave site of my father who served his country and he served in Vietnam War.

## PLAINTIFF DAMAGE COST

The Plaintiff should be paid the cost of the airline ticket and damage amount monetary damage amount of $2,500.00 for the Plaintiff damages and also two round trip airline tickets for two anywhere the in the United States or to other Countries.

## DEFENDANT SERVICE ADDRESS

1 Saarinen Circle Sterling, Virginia 20166.

## NOTICE SERVICE

The Plaintiff used United States mail on July 1, 2015 to mail the Plaintiff Complaint to The United States District Court Eastern District Of Virginia at 801 Courthouse Square Arlington, 22314.

*Angela Nails*
ANGELA NAILS
nailsangela90@yahoo.com